UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
(at Lexington)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PEDRO SOTO-LOPEZ,<br>*a/k/a* PEDRO SOTO LOPEZ,<br><br>Defendant. | ) | Criminal Action No. 5:26-CR-100-CHB-MAS-1<br><br>**ORDER ADOPTING RECOMMENDATION OF ACCEPTANCE OF GUILTY PLEA** |

*** *** *** ***

This matter is before the Court on the Recommendation to Accept Guilty Plea filed by United States Magistrate Judge Matthew A. Stinnett. [R. 23]. The recommendation instructed the parties to file any specific written objections within three days after being served a copy of the Recommendation. *Id.* at 3. Neither party has objected to Judge Stinnett's Recommendation, and the time to do so has now passed. Defendant Soto-Lopez did file a consent to plead before the United States Magistrate Judge. [R. 22].

Upon review, the Court is satisfied that Defendant Pedro Soto-Lopez knowingly and competently pled guilty to the charged offenses and that an adequate factual basis supports the plea as to each essential element of the offenses charged. Accordingly, and the Court being otherwise sufficiently advised, **IT IS HEREBY ORDERED** as follows:

1. Judge Stinnett's Recommendation to Accept Guilty Plea, **[R. 23]**, is **ADOPTED** as and for the opinion of this Court;
2. Defendant Pedro Soto-Lopez is **ADJUDGED** guilty of the sole Count of the Indictment;

3. The jury trial and all pre-trial proceedings are hereby **CANCELLED** and **STRICKEN** from the Court's docket; and

4. A Sentencing Order shall be entered promptly.

This the 10th day of November, 2026.

CLARIA HORN BOOM,
UNITED STATES DISTRICT COURT JUDGE
EASTERN AND WESTERN DISTRICTS OF KENTUCKY